## Commonwealth ex rel. Bassion *v.* Bassion, Appellant.

Argued September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Irwin Paul,* for appellant.

*George Gershenfeld,* for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the County Court of Philadelphia County is affirmed on the opinion of Judge EDWARD A. KALLICK for the court below, reported at 28 Pa. D. & C. 2d 520.